1   HEATHER E. WILLIAMS, Bar #122664
    Federal Defender
2   ERIC V. KERSTEN, Bar #226429
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA  93721-2226
    Telephone: (559) 487-5561
5   Fax: (559) 487-5950

6   Attorneys for Defendant
    DAVID MORALEZ
7

8                   IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.  1:19-mj-00179 SAB

12              Plaintiff,               STIPULATION TO MODIFY CONDITIONS
                                         OF PRETRIAL RELEASE; ORDER
13  vs.

14  DAVID MORALEZ,                       Hon. Barbara A. McAuliffe

15              Defendant.

16
            On September 20, 2019 David Moralez was granted pretrial release (doc. 3) under
17
    conditions including, as part of condition 6, that Moralez be released to the third party custody of
18
    Antonia Moralez who agrees "to supervise the defendant in accordance with all conditions of
19
    release;" and, as part of condition 7(k), location monitoring and home detention, which directs
20
    that "[Moralez] must remain inside [his] residence at all times except for employment;
21
    education; religious services; medical, substance abuse, or mental health treatment; attorney
22
    visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO.
23
    The release order further directs that Moralez must report to the "U.S. District Court, Western
24
    District of North Carolina, Statesville Division, on or before noon, October 11, 2019."
25
    (Condition 4.)
26
            Mr. Moralez is requesting permission to fly to North Carolina to make his initial
27
    appearance in the Western District of North Carolina on Friday, October 11, 2019.  Moralez has
28
    provided his flight and hotel itinerary to his supervising pretrial services officer, Renee Basurto,

who has requested that counsel file a stipulation clarifying that Mr. Moralez may fly to North Carolina, without being monitoring. Mr. Moralez will leave his home at 4:00 a.m., on October 10, 2019, and return home by 1:30 a.m., on October 12, 2019. Mr. Moralez will not be monitored during this time frame. All other conditions of his release will remain in full force and effect.

Based on the foregoing, it is hereby stipulated by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey A. Spivak, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for Defendant David Moralez, that Mr. Moralez's conditions of release may be so modified. The parties believe the remaining conditions are adequate to reasonably assure Mr. Moralez's presence at all further proceedings, and to protect the safety of the community.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

DATED: October 8, 2019          By:     */s/ Jeffery A. Spivak*
                                        JEFFREY A. SPIVAK
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        HEATHER E. WILLIAMS
                                        Federal Defender


DATED: October 8, 2019          By:     /s/ *Eric V. Kersten*
                                        ERIC V. KERSTEN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        DAVID MORALEZ

///

///

///

1

2                                   **O R D E R**

3

4          IT IS SO ORDERED that David Moralez' may fly to North Carolina, unmonitored, to

5    make his initial appearance in the Western District of North Carolina on Friday, October 11,

6    2019.  Mr. Moralez may leave his home on October 10, 2019, at 4:00 a.m., and return home on

7    October 12, 2019, by 1:30 a.m..  Mr. Moralez will not be monitored during this time frame. All

8    other conditions of his pretrial release will remain in full force and effect.

9

10   IT IS SO ORDERED.

11      Dated:   **October 9, 2019**              /s/ *Barbara A. McAuliffe*
                                                  UNITED STATES MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28